**Nabil MAISARI, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–71543.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 13, 2009.

Jesse Lloyd, Angela M. Bean & Associates, Oakland, CA, for Petitioner.

Lyle Davis Jentzer, Esquire, Jonathan F. Potter, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM **

Nabil Maisari, a native and citizen of Yemen, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen as untimely. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(9th Cir.2004), *amended by* 404 F.3d 1105 (9th Cir.2005), we deny the petition for review.

The BIA did not abuse its discretion in denying Maisari's motion to reopen as untimely where he filed the motion nineteen months after a final decision was issued in his removal proceedings and did not meet any of the regulatory exceptions. *See* 8 U.S.C. § 1229a(c)(7)(C)(i); 8 C.F.R. § 1003.2(c)(2) (motion to reopen must be filed no later than 90 days after the final administrative decision date).

**PETITION FOR REVIEW DENIED.**